# United States District Court
# Central District of California

| | |
|---|---|
| AFSHIN SAKET,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ERIC HOLDER; JAMES B. COMEY; NICHOLAS COLUCCI; JEH C. JOHNSON; KATHY A. BARAN,<br><br>　　　　　　Respondents. | Case No. 8:14-cv-00654-ODW(RZx)<br><br>**ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

　　On August 11, 2014, the parties stipulated to extend the time for Respondents to answer until September 5, 2014.  (ECF No. 12.)  The Court approved the stipulation.  (ECF No. 13.)  But that date has passed, and Respondents have not filed an answer or other response to the Petition.  The Court accordingly **ORDERS** Petitioner to **SHOW CAUSE** in writing by **Monday, September 15, 2014**, why he has not moved for entry of default.  No hearing will be held; Petitioner shall respond in writing.  The Court will discharge this Order upon the filing of an application for entry of default filed with the Clerk of Court.  Failure to timely respond will result in dismissal for lack of prosecution.

　　**IT IS SO ORDERED.**

　　September 8, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**