# United States District Court
# Central District of California

| | |
|---|---|
| AFSHIN SAKET,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ERIC HOLDER; JAMES B. COMEY; NICHOLAS COLUCCI; JEH C. JOHNSON; KATHY A. BARAN,<br><br>　　　　　　Respondents. | Case No. 8:14-cv-00654-ODW(RZx)<br><br>**ORDER TO SHOW CAUSE RE.**<br>**LACK OF PROSECUTION** |

On September 10, 2014, the parties stipulated for a second time to extend the time for Respondents to answer until October 10, 2014.  (ECF No. 15.)  The Court approved the stipulation.  (ECF No. 16.)  But the extended deadline to respond has passed, and Respondents have not filed an answer or other response to the Petition.  The Court accordingly **ORDERS** Petitioner to **SHOW CAUSE** in writing by **Thursday, October 23, 2014**, why he has not moved for entry of default.  No hearing will be held.  The Court will discharge this Order upon the filing of an application for entry of default filed with the Clerk of Court.  Failure to timely respond will result in dismissal for lack of prosecution.

　　**IT IS SO ORDERED.**

　　October 14, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**